# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016
_____

60 Park Place
Suite 1101
Newark, NJ 07102
_____

Tel (917) 974-5666
Fax (917) 594-5667
_____

Tel (973) 648-6777
Fax (917) 595-5667
_____

May 27, 2024

Via ECF
Honorable Jennifer L. Rochon
District Judge – SDNY
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*The sentencing hearing previously scheduled for June 13, 2024 at 10:30 a.m. will take place at 3:30 p.m.*

*Dated: May 28, 2024*
*New York, New York*

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

RE:    United States v. Russell Watson
        Dckt. No.: 23-cr-237 (JLR)

Dear Judge Rochon:

I represent Russell Watson in the above-mentioned matter.  His sentencing hearing is currently scheduled for June 13, 2024, at 10:30 am. I have an oral argument and pretrial conference in a multi-defendant matter in the District of New Jersey at noon on the same date. Given the challenges involved in traveling between locations, it would be difficult for me to attend both court appearances.

Accordingly, I ask that Mr. Watson's sentencing hearing be moved to 9:00 or 9:30 am or after 3:00 pm on the same date. Alternatively, I would be available on either June 12 or 14, 2024, for the sentencing hearing. If those times or dates do not work for the Court, I ask that Mr. Watson's sentencing hearing remaining as currently scheduled and I will make plans to adjourn or arrange for coverage on the District of New Jersey matter.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully submitted,

/s/ *Stephen Turano*
Stephen Turano, Esq.
*Attorney for Russell Watson*

CC: All Counsel of Record (via ECF)