UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

RUSSELL WATSON,

              Defendant.

No. 1:23-cr-00237-3 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The sentencing hearing previously set for June 13, 2024 at 3:30 p.m. is hereby

ADJOURNED to June 14, 2024 at 4:00 p.m.

Dated: June 13, 2024
      New York, New York

                            SO ORDERED.

                            *Jennifer Rochon*

                            JENNIFER L. ROCHON
                            United States District Judge