UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v. -

RUSSELL WATSON,

Defendant.

No. 1:23-cr-00237-3 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record during the June 14, 2024 hearing, the sentencing

hearing is hereby ADJROUNED to September 30, 2024 at 12:00 p.m.  Further, the parties

shall submit a joint letter regarding the calculation of time spent in state custody discussed

during the June 14, 2024 hearing, laying out their respective positions if they differ, no later

than 30 days from the date of this order.

Dated: June 14, 2024
        New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge