# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016

Tel (917) 974-5666
Fax (917) 594-5667

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (973) 648-6777
Fax (917) 595-5667

**Letter Motion GRANTED. Defendant's initial appearance on revocation proceedings is adjourned from July 17, 2025 to July 23, 2025 at 12:15 p.m.**

Dated: July 16, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

July 15, 2025

<u>Via ECF</u>
Honorable Jennifer L. Rochon
District Judge – SDNY
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   United States v. Russell Watson
      Dkt. No.: 23-cr-237 (JLR)

Dear Judge Rochon:

I previously represented Russell Watson in the above-referenced matter. Yesterday, I received notice of alleged violations of supervised release by Mr. Watson. This morning, the Court set a status conference for July 17, 2025. Unfortunately, I will be away that date and will be returning on the evening of July 18th. I also start a trial on July 28, 2025, before the Honorable Paul A. Engelmayer, U.S.D.J., and will have limited availability next week.

Accordingly, I ask that the July 17th status conference be moved to a convenient date for all parties. I have no objection, however, if the Court prefers to move forward on that date and appoint the CJA duty attorney to represent Mr. Watson on his violations.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully submitted,

/s/ *Stephen Turano*
Stephen Turano, Esq.
*Attorney for Russell Watson*

cc: All Counsel of Record (via ECF)