UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

RUSSELL WATSON,

Defendant.

23-cr-00237-3 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The revocation of supervised release hearing previously scheduled for August 20, 2026 is rescheduled to **August 19, 2026 at 11:30 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: August 17, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge